FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2091

CASE NUMBER: _____

The person charged as <u>OHLY, Michael</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Central</u> District <u>California</u> of  on  with <u>Title 18 Section 3583(e)(3)</u> in violation of:

Supervised Release

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 7/10/08

<u>Van Bayless</u>
CI -Deputy United States Marshal

Reviewed and Approved

DATE: _____

Assistant United States Attorney



# UNITED STATES PROBATION OFFICE
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SACR '94-80-LHM |
| vs. | |
| MICHAEL OHLY | |
| Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest    MICHAEL OHLY

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  [x] Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | | |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | 17 JUN 2008 | SANTA ANA, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE | |
| DODJIE GARGANTOS (SEAL) | BY: ALICEMARIE H. STOTLER | |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. MICHAEL OHLY

Docket No. SACR 94-80-LHM

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>MICHAEL OHLY</u> who was placed on supervision by the Honorable <u>LINDA H. MCLAUGHLIN</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>26th</u> day of <u>February</u>, <u>1996</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Michael Ohly before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
|---|---|
| Considered and ordered this _____ day of __JUN 17, 2008__ and ordered filed and made a part of the records in the above case.   **ALICEMARIE H. STOTLER** | Executed on June 6, 2008 |
| _____ **CHIEF** United States District Judge | _____ JANA E. RIVERS U. S. Probation Officer |
|  | Place: <u>San Bernardino, California</u> |

U.S.A. VS. MICHAEL OHLY
DOCKET NO. SACR 94-80-LHM

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, State, or local crime, on February 15, 2008, Mr. Ohly was arrested by the San Diego Police Department for a violation of California Vehicle Code Sections: 23152(a): Driving Under the Influence and 23152(b): Driving Under the Influence With a Blood Alcohol Content of .08% or More.

2. Having been instructed by the Probation Officer to refrain from the excessive use of a alcohol, on February 15, 2008, and March 30, 2008, Mr. Ohly had a blood alcohol content level above the State of California legal limit of .08%.

3. Having been ordered by the Court not to leave the judicial district without the permission of the Court, or Probation Officer, on March 30, 2008, Mr. Ohly, without the permission of the Probation Officer, traveled to Riverside County.

4. Having been ordered by the Court not to commit another Federal, State, or local crime, on March 30, 2008, Mr. Ohly was arrested by the California Highway Patrol for a violation of California Vehicle Code Sections: 23103(a): Reckless Driving; 23152(a): Driving Under the Influence; 23152(b): Driving Under the Influence of Alcohol (.08% BAC or more); 14601.2(a): Driving With A Suspended License With Knowledge of Prior DUI; and 23582(a): Driving More Than 30 mph Over Posted Limit.

5. Having been ordered by the Court to report to the nearest Probation Office within 72 hours of being arrested or questioned by a law enforcement officer, Mr. Ohly was arrested on March 30, 2008, by the California Highway Patrol and failed to notify the Probation Officer of his arrest.