1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Ohly
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2091 |
| 12         Plaintiff, | ) ) | |
| 13 v. | ) ) | **NOTICE OF APPEARANCE** |
| 14 **MICHAEL OHLY,** | ) ) | |
| 15         Defendant. | ) ) | |

16

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                    Respectfully submitted,
21 Dated: July 11, 2008               *s/ James M. Chavez*
                                      Federal Defenders of San Diego, Inc.
22                                    *james_chavez@fd.org*
23
24
25
26
27
28

1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Ohly

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj2091
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )   **PROOF OF SERVICE**
                                    )
14 **MICHAEL OHLY**,                )
                                    )
15              Defendant.          )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 11, 2008                          s/ *James M. Chavez*
                                                 JAMES M. CHAVEZ
23                                               Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail: james_chavez@fd.org
26

27

28